United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES CURTIS, et al.,

Plaintiffs,

v.

LEVI STRAUSS & CO.,

Defendant.

Case No. 26-cv-09444-WHO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to 26-cv-06100-JSC *Iglesias v. Levi Strauss & Co*.

**IT IS SO ORDERED.**

Dated: October 9, 2026

WILLIAM H. ORRICK
United States District Judge